No. 3879.—Roig Commercial Bank, apldo., v. González et al., apltes.—C. D. Humacao. Cobro de dinero. Abr. 26, 1926. Moción de desestimación. Apareciendo de los autos que el pagaré se transcribe en la demanda y que en la con-

testación se admite la autenticidad y otorgamiento del mismo, haciéndose una negativa general de los demás hechos alegados; que la única prueba practicada en la vista fué la del demandante; que los apelantes a pesar de haber sido debidamente notificados de la moción de desestimación no han comparecido ni hecho alegación alguna por escrito; y no habiendo archivado la transcripción de autos dentro de la prórroga concedida para tal fin, siendo, por tanto, completamente frívola la apelación, se declara con lugar la moción y se desestima la apelación.